ALBANY PORT DISTRICT COMMISSION, Respondent, *v.* WILLIAM T. WRIGHT, as Mayor of the City of Rensselaer, et al., Respondents.

WILLIAM T. WRIGHT, Intervener, Appellant.

Argued May 19, 1941; decided June 5, 1941.

*John Lane* for motion.

*LaVerne Orvis* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that no substantial constitutional question is involved.